UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENEE JOHNSON,　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　No. 1:25-cv-393
-v-　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　Honorable Paul L. Maloney
MATTHEW ANTKOVIAK, *et al.*,　　　　　　　　)
　　　　　　　　　Defendants.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

## JUDGMENT

　　　　The Court has dismissed this lawsuit for lack of subject matter jurisdiction.

Therefore, **JUDGMENT ENTERS.**

　　　　**THIS ACTION IS TERMINATED.**

　　　　**IT IS SO ORDERED.**

Date:　　April 11, 2025　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge